MATTHEW J. CONLIN, Appellant, *v.* F. W. KRAFT & SONS COMPANY et al., Respondents.

(Submitted October 19, 1936; decided October 23, 1936.)

Motion to amend the remittitur or for a reargument denied, with ten dollars costs and necessary printing disbursements. (See 271 N. Y. 499.)